United States District Court
Southern District of Texas
**ENTERED**
November 10, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPH P GARBARINI, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-216 |
| | § | |
| JANAS RANGEL, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie Hampton's Memorandum and Recommendation (M&R). (D.E. 24). The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* U.S.C. § 636(b)(1); FED R. CIV. P. 72(b); General Order No. 2002-13. Plaintiff filed objections to the M&R. (D.E. 27; D.E. 31; D.E. 32; D.E. 33).[1] Having carefully reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the M&R to which Plaintiff's objections were directed, 28 U.S.C. § 636(b)(1), the court **OVERRULES** Plaintiff's objections. (D.E. 27; D.E. 31; D.E. 32; D.E. 33).

Accordingly, the Court:

(1) **ADOPTS** the M&R in its entirety. (D.E. 24).

(2) **RETAINS** the following claims: (a) an Eighth Amendment claim of deliberate

---

[1] Plaintiff originally filed Docket Entries 27, 31, and 32 as (1) a motion for an evidentiary hearing, (2) a motion for clarification, and (3) a motion to amend or correct an order, respectively. The Magistrate Judge construed these filings as objections to the M&R. (D.E. 34). Accordingly, the Court has considered these filings as objections to the M&R.

indifference for monetary relief against **Food Service Manager Janas** in his individual capacity; and (b) an Eighth Amendment claim for injunctive relief against **Warden Castro** in her official capacity as the party able to provide the injunctive relief should Plaintiff prevail.

(3) Plaintiff's claims for money damages against all Defendants named in their official capacities are **DISMISSED** as barred by the Eleventh Amendment.

(4) The unnamed McConnell Unit food service managers are **DISMISSED** from this action.

(5) Plaintiff's motion for temporary restraining order and preliminary injunction (D.E. 3) is **DENIED**.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
         November 9, 2020